affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

1348–1350 WILKINS AVENUE CORPORATION, Appellant, v. ARMIN TRAZENFELD, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of SEBASTIANO STRONGI to Compel Payment by the Superintendent of Banks of the State of New York. Liquidation of M. BERARDINI STATE BANK, a Domestic Banking Corporation. SEBASTIANO STRONGI, Appellant, v. JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of SALVATORE CANNILLO to Compel Payment by the Superintendent of Banks of the State of New York. Liquidation of M. BERARDINI STATE BANK, a Domestic Banking Corporation. SALVATORE CANNILLO, Appellant, v. JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of ANTONIO IAFOLLA to Compel Payment by the Superintendent of Banks of the State of New York. Liquidation of M. BERARDINI STATE BANK, a Domestic Corporation. ANTONIO IAFOLLA, Appellant, v. JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York, Respondent. —Order affirmed, with ten dollars costs and disbursements. No opinion. Present Finch, P. J., Merrell, McAvoy, Martin and O Malley, JJ.

COMMERCIAL CREDIT CORPORATION, Appellant, v. JAMES O'ROURKE, Doing Business, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.; O'Malley, J., dissents and votes to reverse and grant the motion.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the INDEPENDENT MUTUAL CASUALTY COMPANY.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O Malley, JJ.

In the Matter of the Application of LOUIS J. MARMELSTEIN, Respondent, against MAX C. SELTZER, as Secretary, and EMANUEL GOLDBERG, as Treasurer, of the EMPIRE STATE PAPER CORPORATION, and EMPIRE STATE PAPER CORPORATION, Appellants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

MAX RANDALL, Plaintiff, v. JOSEPH ROSENBERG, Defendant. GEORGE CHRYSSIKOS, Receiver, Respondent; SYLVIA JACOBS and MARY RANDEL, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

MAX RANDALL, Appellant, v. JOSEPH ROSENBERG, Respondent. GEORGE CHRYSSIKOS, Receiver, Respondent; SYLVIA JACOBS and MARY RANDEL, Third Parties.— Orders affirmed, with ten dollars costs and disbursements to the receiver,